BENJAMIN B. WAGNER
United States Attorney
DUCE W. RICE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 01:06-MJ-00172 DLB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JOSE ANGEL PEREZ, JR., | |
| Defendant. | |

The United States' motion to dismiss without prejudice the underlying UFAP complaint and recall the arrest warrant in the above referenced case, 06-MJ-00172 DLB against defendant JOSE ANGEL PEREZ, JR. is GRANTED.

IT IS SO ORDERED.

Dated: **July 24, 2013**          /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE

1